IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| Tomeco Reed,<br><br>                   Plaintiff,<br>v.<br><br>Penn Credit Corporation,<br><br>                   Defendant. | Civil Action No.: 1:11-cv-00733-UA-PTS |

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 30 days.

Dated: December 14, 2011

Respectfully submitted,                             By   /s/ Stacie Watson        

                                                          Stacie Watson, Esq. (Bar No.: 23890)
                                                          Law Office of Stacie Watson.
                                                          P.O. Box 1412
                                                          Apex, North Carolina 27502
                                                          Telephone: (919) 522-6128
                                                          Facsimile: (919) 439-5308
                                                          Email: swatson@lemberglaw.com
                                                          Attorneys for Plaintiff

                                                          Of Counsel To:

                                                          LEMBERG & ASSOCIATES L.L.C.
                                                          1100 Summer Street, 3rd Floor
                                                          Stamford, CT 06905
                                                          Telephone: (203) 653-2250
                                                          Facsimile: (203) 653-3424

## CERTIFICATE OF SERVICE

I hereby certify that on December 14, 2011, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Middle District of North Carolina Electronic Document Filing System (ECF) and that the document is available on the ECF system.

By /s/ Stacie Watson

Stacie Watson, Esq.