IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| Tomeco Reed, | : <br> : <br> : <br> : Civil Action No.: 1:11-cv-00733-UA-JEP <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : |
| Plaintiff, | |
| v. | |
| Penn Credit Corporation, | |
| Defendant. | |

**NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY
DISMISSAL OF ACTION WITH PREJUDICE
<u>PURSUANT TO RULE 41(a)</u>**

Plaintiff, Tomeco Reed, by his attorney, hereby withdraws his complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A).

Dated: April 11, 2012

Respectfully submitted,

                            By: _/s/ Stacy Watson_

Stacie Watson, Esq. (Bar No.: 23890)
Law Office of Stacie Watson.
P.O. Box 1412
Apex, North Carolina 27502
Telephone: (919) 522-6128
Facsimile: (919) 439-5308
Email: swatson@lemberglaw.com
Attorneys for Plaintiff

Of Counsel To:

LEMBERG & ASSOCIATES L.L.C.
1100 Summer Street, 3rd Floor
Stamford, CT 06905
Telephone: (203) 653-2250

Facsimile: (203) 653-3424

**CERTIFICATE OF SERVICE**

      I hereby certify that on April 11, 2012, a true and correct copy of the foregoing Notice of Dismissal was served electronically by the U.S. District Court for the Middle District of North Carolina Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                                    By /s/ Stacie Watson

                                                          Stacie Watson